IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Churchill Community Development, LP, :
Paradigm Consultants, LLC, Ramesh :
Jain and Vikas Jain :
                              :
           v.             :   No. 208 C.D. 2019
                              :
Allegheny County Health Department, :
               Appellant       :

# **O R D E R**

NOW, February 19, 2020, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge